**JUDGE DANIELS**

**07 CV 6384**

338-07/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 0335)

JUL 1 2 2007

U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EGYPTIAN NAVIGATION CO.,

                Plaintiff,

  - against --

WAKALEX IMPORT & EXPORT CO. a/k/a
WAKALEX IMP/EXP CO., a/k/a
WAKALEX IMPORT and EXPORT CO.,

                Defendant.
------------------------------------------------------------x

07 CV

**RULE 7.1 STATEMENT**

    Plaintiff EGYPTIAN NAVIGATION CO. by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       July 12, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff EGYPTIAN NAVIGATION CO.

               By: _____
                              Gina M. Venezia (GV 1551)
                              Pamela L. Schultz (PS 0335)
                              80 Pine Street
                              New York, NY 10005
                              (212) 425-1900
                              (212) 425-1901 fax

NYDOCS1/286612.1