338-07/GMV/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
EGYPTIAN NAVIGATION CO.,                        07 Civ. 6384 (GBD)

                Plaintiff,

-against-                                       **NOTICE OF APPEARANCE**

WAKALEX IMPORT & EXPORT CO. a/k/a
WAKALEX IMP/EXP CO. a/k/a WAKALEX
IMPORT AND EXPORT CO.,

                Defendant.
------------------------------------------------------------x
SIRS:

Please enter the additional appearance of the undersigned on behalf of the Plaintiff,

EGYPTIAN NAVIGATION CO., to receive ECF notices in the above matter.

We certify that we are admitted to practice in this Court.

Dated: New York, New York
       July 19, 2007

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff EGYPTIAN NAVIGATION CO.
                By: _____
                            Pamela L. Schultz (PS 0335)
                            80 Pine Street
                            New York, NY 10005
                            (212) 425-1900
                            (212) 425-1901 fax

NYDOCS1/287053.1